1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10   UPSTREAM HOLDINGS, LLC,            Case No. 2:22-cv-03513-MCS (RAOx)

11        Plaintiff,                     **JUDGMENT (JS-6)**

12

13        v.

14   STEVEN C. BREKUNITCH, ERIC J.
     MORTENSON, BREK LEASING, LLC,
15   CHARLES GARCIA, MARTIN LOPEZ
     SR., CARLOS LOPEZ, M&M Machinery,
16

17        Defendants.

18

19

20        On May 23, 2022 Plaintiff Upstream Holdings, LLC ("Upstream") filed this

21   action against Defendants Steven C. Brekunitch, Eric J. Mortenson, Brek Leasing, LLC,

22   Charles Garcia, Martin Lopez Sr., Carlos Lopez, and M & M Machinery ("Defendants")

23   alleging infringement of U.S. Patent No. 10,519,668 (the "'668 Patent"). Complaint,

24   ECF No. 1; First Amended Complaint, ECF No. 37.  Defendants asserted counterclaims

25   for declaratory judgments of invalidity and non-infringement of the '668 Patent, breach

26   of contract, fraud, unjust enrichment, and constructive trust against Upstream, Midway

27   Metals, LLC, Eric Bachman, Andrew Bachman, Adella Bachman, and James Bachman

28   ("Counterclaim Defendants"). Answer and Counterclaims, ECF No. 50; First Amended

Counterclaims, ECF No. 102

Pursuant to the Court's October 30, 2023 Order Granting Defendants' Motion for Summary Judgment of Noninfringement [ECF No. 160] and April 22, 2024 Order Granting Defendants' Motion to Dismiss Counterclaims without Prejudice [ECF No. 233], the Court orders, adjudges, and decrees:

1. Final judgment is hereby entered in favor of Defendants with respect to Upstream's claim for patent infringement. Upstream shall take nothing from its claim against Defendants.

2. Defendants' counterclaims are dismissed without prejudice. Defendants shall take nothing from their counterclaims against Counterclaim Defendants.

3. The Court will address Defendants' motion for costs and attorneys' fees in a separate order. Fed. R. Civ. P. 54(d).

**IT IS SO ORDERED.**

Dated: July 9, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2